| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Larry Kushner
Jacqueline Kushner
731 Greens Ave
Long Branch NJ 07740

Case No.: 18-33285

Chapter: 13

In Re:

Jacqueline Kushner
Larry Kushner

Adv. No.: _____

Hearing Date: _____

Judge: Gravelle

# CERTIFICATION OF SERVICE

1. I, __LARRY KUSHNER__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the __DEBTOR__ in this case and am representing myself.

2. On __JANUARY 24, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   ON ATTACHED LIST.  SENT NOTICE OF BANKRUPTCY AND PLAN AND SCHEDULES D, EF, G AND H  PER THE COURT ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __JANUARY 24, 2018__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ALBERT RUSSO, TRUSTEE<br>See Attached<br><br>ASC-HSBC<br>PO Box 14547<br>Des Moines, IOWA 50306 | CHAPTER 11 TRUSTEE | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express<br>See Attached<br><br>CW Nexus Credit<br>See Attached | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Abton<br>See Attached<br><br>Gail Sonners<br>(See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan Acceptance<br>(See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocwen Loan Servicing<br>PO Box 24605<br>WPB, FL 33416 | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Bank National Assoc (See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of NJ (Trenton NJ) See Attached | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank - Wells Fargo (See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IRS (See Attached) | CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

United States Bankruptcy Court
District of New Jersey

In re:
Jacqueline Kushner
Larry J. Kushner
    Debtors

Case No. 18-33285-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 16, 2019
Form ID: pdf901     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
jdb/db       +Jacqueline Kushner,    Larry J. Kushner,    731 Greens Avenue,    Long Branch, NJ  07740-4904
517971899    +ASC-HSBC,    PO Box 14547,    Des Moines, Iowa  50306-3547
517909105     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA  19355-0701
517971906     American Storage,    Route 36,    West Long Br, NY
517925060     CW Nexus Credit Card Holdings 1, LLC,    Resurgent Capital Services,    PO Box 10368,
              Greenville, SC  29603-0368
517971903    +David Abtan,    Elberon, NJ  07740
517971901    +Gail Schwartz Sonners,    Montville, NJ  07045
517917434     Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517934016     Ocwen Loan Servicing, LLC,    Attn:  Bankruptcy Dept.,    PO Box 24605,
              West Palm Beach, FL  33416-4605
517971902     State of NJ,    Trenton, NJ
517933028    +U.S. Bank National Association,,    1661 Worthington Road,,    Suite 100,,    West Palm Beach,,
              FL  33409-6493
517889520    +US Bank Wells Fargo,    POB 10335,    Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21       U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:17        United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ  07102-5235
517915940    +E-mail/Text: kmorgan@morganlaw.com Jan 17 2019 01:11:54        Ford Motor Credit Company LLC,
              c/o Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,    Cherry Hill, NJ  08034-3229
517889522     E-mail/Text: cio.bncmail@irs.gov Jan 17 2019 01:10:44       IRS,    1040 Waverly Place,
              Holtsville, NY
517925152     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 01:13:01        LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
517971900    +Fax: 407-737-5634 Jan 17 2019 02:05:15      Ocwen,    1661 Worthington Road,    WPB, FL  33409-6488
517925102    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 01:12:39        PYOD, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC  29602-9008
517906865     E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2019 01:11:11
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517891991    +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45        Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517971904     Best Buy
517889521     Capital One Bank
517971905     Nissan Motors
517966994*    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA  19355-0701
517899369*    IRS,    P.O. Box7346,    Philadelphia, PA  19101-7346
                                                                                 TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2019            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING