| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| =Caption in Compliance with D.N.J. LBR 9004-1(b) |

| District of New Jersey<br>402 East State Street<br>Trenton, NJ 08608 | |
|---|---|
| In Re: Debtor(s) | |
| Jacqueline Kushner<br>731 Greens Avenue<br>Long Branch, NJ 07740 | Larry Kushner<br>731 Greens Avenue<br>Long Branch, NJ 07740 |
| Social Security No:<br>xxx-xx-5868 | Social Security No:<br>xxx-xx-5977 |

Case No.: 18-33285-CMG

Chapter: 13

Judge: Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of US Bank National Association, Successor in Interest to Bank of America, National Association, Successor by Merger to Lasalle National Association as Trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Brian S. Pantaleo, Esq.
Greenberg Traurig, P.A.
777 South Flagler Dr., Ste. 300E
West Palm Beach, FL 33401
Phone: 561/650-7960
Email: pantaleob@gtlaw.com
FLService@gtlaw.com
chalkleyt@gtlaw.com

DOCUMENTS:

[x]  All notices entered pursuant to Fed. R. Bankr. P. 2002.

[x]  All documents and pleadings of any nature.

Date: March 29, 2019

_____
Signature