Hearing date 5/1/19 @ 9am

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jacqueline Kushner<br>Larry Kushner<br>731 greens Ave<br>Long Branch NJ | U.S. BANKRUPTCY COURT<br>FILED<br><br>2019 APR -2 P 3: 51<br><br>BY: /s/ HMack<br>DEPUTY CLERK |
| In Re:<br>Larry Kushner<br>Jacqueline Kushner | Case No.: 18-33285<br>Chapter: 13<br>Judge: Gravelle |

Movant's counsel to give notice to all interested parties of the new hearing date fixed by the court.

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____731 Greens Ave, Long Branch NJ_____

Creditor is the holder of: ☒ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor _____HSBC_____ Amount: $ __1,000.__ Due date: __4/15/19__

☒ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below: Debtor are not versed in computer use but will attempt to use

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: ~~11/13/18~~ 4/1/19 _____

_____
Debtor

Date: ~~11/13/18~~ 4/1/19 _____

_____
Joint Debtor (if any)

**Debtor Information:**

Print full name: Larry Kushner-Jacqueline Kushner

Mailing address: 731 Greens Ave, Long Branch, NJ

Telephone number: 732-670-6703

Email address (if any): larry.kushner@gmail.com

**Debtor's Attorney Information:**

Name: none pro se

Address: _____

Telephone number: _____  Fax number: _____

Email address (if any): _____

**Creditor Information: (if known)**

Name: HSBC BANK

Address: c/o KML Law Group, PC   216 Hadon Ave, Westmont NJ 08108

Telephone number: (215) 627-1322   Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: Denise Carlon, c/o KML Law Group

Address: 216 Hadon Ave, Westmont NJ

Telephone number: (215) 627-1322   Fax number: _____

Email address (if any): _____

**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*

2