Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−33285−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Kushner
731 Greens Avenue
Long Branch, NJ 07740

Larry J. Kushner
731 Greens Avenue
Long Branch, NJ 07740

Social Security No.:
xxx−xx−5868

xxx−xx−5977

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 15, 2019 and a confirmation hearing on such Plan has been scheduled for April 3, 2019.

The debtor filed a Modified Plan on April 2, 2019 and a confirmation hearing on the Modified Plan is scheduled for May 15, 2019 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 2, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Kushner  
Larry J. Kushner  
    Debtors

Case No. 18-33285-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Apr 02, 2019  
                      Form ID: 186      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.

```
jdb/db        +Jacqueline Kushner,    Larry J. Kushner,    731 Greens Avenue,    Long Branch, NJ 07740-4904
517971899     +ASC-HSBC,    PO Box 14547,    Des Moines, Iowa 50306-3547
517909105      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
517971906      American Storage,    Route 36,    West Long Br, NY
517975543     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517925060      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
518006613     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517971903     +David Abtan,    Elberon, NJ 07740
518002530      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
517971901     +Gail Schwartz Sonners,    Montville, NJ 07045
518009701     +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518000584     +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
517996632     +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
517917434      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517934016      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
               West Palm Beach, FL  33416-4605
517971902      State of NJ,    Trenton, NJ
517995195     +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
               6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
517933028     +U.S. Bank National Association,,    1661 Worthington Road,,    Suite 100,,    West Palm Beach,,
               FL 33409-6493
517889520     +US Bank Wells Fargo,    POB 10335,    Des Moines, IA 50306-0335
517980484      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:58      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517915940     +E-mail/Text: kmorgan@morganlaw.com Apr 03 2019 00:21:36      Ford Motor Credit Company LLC,
               c/o Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
517889522      E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 00:20:17      IRS,    1040 Waverly Place,
               Holtsville, NY
517925152      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 00:25:57      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517971900     +Fax: 407-737-5634 Apr 03 2019 01:40:56      Ocwen,    1661 Worthington Road,    WPB, FL 33409-6488
518000588      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 00:26:42
               Portfolio Recovery Associates, LLC,    C/Ocapital One Bank (usa), N.a.,    POB 41067,
               Norfolk VA 23541
518010586      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 00:24:55
               Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
518010807      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 00:24:55
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
517925102     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 00:25:04      PYOD, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517906865      E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2019 00:20:51
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517891991     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:26:36      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517995088     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:24:50      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517989514     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 00:25:06      Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517971904      Best Buy
517889521      Capital One Bank
517971905      Nissan Motors
cr*           +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
               6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
517966994*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
517899369*     IRS,    P.O. Box7346,    Philadelphia, PA  19101-7346
                                                                                  TOTALS: 3, * 3, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 02, 2019
                              Form ID: 186             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, successor in
           interest to Bank of America, National Association, successor by merger to LaSalle National
           Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th ajennings@rasflaw.com
          Brian S Pantaleo    on behalf of Creditor    U.S. Bank National Association, successor in interest
           to Bank of America, National Association, successor by merger to LaSalle National Association as
           trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th pantaleob@gtlaw.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
           informationathnk@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```