Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–33285–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Kushner
731 Greens Avenue
Long Branch, NJ 07740

Larry J. Kushner
731 Greens Avenue
Long Branch, NJ 07740

Social Security No.:
xxx–xx–5868

xxx–xx–5977

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/4/19
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 6, 2019
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Jacqueline Kushner
Larry J. Kushner
    Debtors

Case No. 18-33285-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Aug 06, 2019
                              Form ID: 132              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
```
jdb/db         +Jacqueline Kushner,   Larry J. Kushner,   731 Greens Avenue,    Long Branch, NJ 07740-4904
517971899      +ASC-HSBC,   PO Box 14547,   Des Moines, Iowa 50306-3547
517909105       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
517971906       American Storage,   Route 36,   West Long Br, NY
517975543      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517925060       CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
518006613      +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517971903      +David Abtan,   Elberon, NJ 07740
518002530       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
517971901      +Gail Schwartz Sonners,   Montville, NJ 07045
518009701      +HSBC Bank USA, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518250447      +Jersey Shore Anesthesiology Associates,   c/o Pressler, Felt & Warshaw, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
518000584      +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
517996632      +New Century Financial Services, Inc.,   c/o Pressler, Felt & Warshaw,LLP.,   7 Entin Road,
                 Parsippany  NJ 07054-5020
517917434       Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
517934016       Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Dept.,   PO Box 24605,
                 West Palm Beach, FL  33416-4605
517971902       State of NJ,   Trenton, NJ
517995195      +U.S. BANK NATIONAL ASSOCIATION,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 CONGRESS AVE., SUITE 100,   BOCA RATON, FL 33487-2853
517933028      +U.S. Bank National Association,,   1661 Worthington Road,,   Suite 100,,   West Palm Beach,,
                 FL 33409-6493
517889520      +US Bank Wells Fargo,   POB 10335,   Des Moines, IA 50306-0335
517980484       Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:04     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517915940      +E-mail/Text: kmorgan@morganlaw.com Aug 07 2019 00:00:36     Ford Motor Credit Company LLC,
                 c/o Morgan, Bornstein and Morgan,   1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
517889522       E-mail/Text: cio.bncmail@irs.gov Aug 06 2019 23:59:38     IRS,   1040 Waverly Place,
                 Holtsville, NY
517925152       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 00:02:42     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517971900      +Fax: 407-737-5634 Aug 07 2019 00:16:25     Ocwen,   1661 Worthington Road,   WPB, FL 33409-6488
518000588       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 00:02:03
                 Portfolio Recovery Associates, LLC,   C/Ocapital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518010586       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 00:02:37
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518010807       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 00:13:40
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517925102      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 00:01:30     PYOD, LLC,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
517906865       E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2019 00:00:00
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517891991      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:33     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517995088      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:32     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517989514      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2019 00:02:07     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517971904        Best Buy
517889521        Capital One Bank
517971905        Nissan Motors
```

```
District/off: 0312-3           User: admin              Page 2 of 2                Date Rcvd: Aug 06, 2019
                               Form ID: 132             Total Noticed: 35

cr*            +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
517966994*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517899369*      IRS,   P.O. Box7346,   Philadelphia, PA  19101-7346
                                                                                      TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:

```
          Albert  Russo   docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank National Association, successor in
           interest to Bank of America, National Association, successor by merger to LaSalle National
           Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th ajennings@rasflaw.com
          Brian S Pantaleo    on behalf of Creditor   U.S. Bank National Association, successor in interest
           to Bank of America, National Association, successor by merger to LaSalle National Association as
           trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th pantaleob@gtlaw.com
          Denise E. Carlon    on behalf of Defendant    Specialized Loan Servicing (SLS)
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant    HSBC, as Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
           informationathnk@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          Stanley  Spector    on behalf of Debtor Larry J. Kushner ediegregory@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```