**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 2 | Valuation of Security | 2 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                    Case No.: _____18-33285_____

    LARRY KUSHNER and
    JACQUELINE KUSHER                        Judge: _____Christine M. Gravelle_____

        Debtor(s)

## Chapter 13 Plan and Motions

☐ Original       ☒ Modified/Notice Required      Date: ____August 5, 2019____

☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___VS___     Initial Debtor: ___LK___     Initial Co-Debtor: ___JK___

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____300.00_____ per _____month_____ to the Chapter 13 Trustee, starting on

_____September 1_____ for approximately _____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

⊠    Future earnings

⊠    Other sources of funding (describe source, amount and date when funds are available):

Debtors will pay 600,000.00 to bank within 30 days of confirmation. The funds will be paid from either a mortgage approved for debtor Jacqueline Kushner (attached loan approval). In the alternative, the debtors children are in the process of obtaining a loan for the same property on their parents behalf, will be approved prior to confirmation. Debtors can also obtain a reverse mortgage on the property as an alternative. Debtor will contribute up to $2,000.00 a month for the new loans and the children will pay the difference.

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property

Description:

Proposed date for completion: _____

⊠  Refinance of real property:

Description:  731 Greens Avenue, New Jersey - shall be modified or satisfied - see above.
Proposed date for completion:  9/15/19 _____

⊠  Loan modification with respect to mortgage encumbering property:

Description: 9/15/19
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ⊠ Other information that may be important relating to the payment and length of plan:

Debtor is offering to pay 600 based upon appraised value and a settlement of the adversary proceedings. The conference for the adversary proceeding is 9/4/19. Debtor was advised the sale price was $550,000.00 the $600,000.00 settles the creditors claim.

**Part 2:    Adequate Protection ⊠ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0 |
| DOMESTIC SUPPORT OBLIGATION | | |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

⊠ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| HSBC by SLS | Real Property - NJ | $825,000.00 | 7.5% | $600,000.00 | |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| US National Bank by Ocwen | Real Property - FL | | | Cram down to $310,000.00. | |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| HSBC by SLS | Real Property - NJ | $852,000.00 | $550,000.00 | None. | $550,000.00 | | |
| US National Bank by Ocwen | Real Property - FL | $691,000.00 | $310,000.00 | None. | $310,000.00 | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Internal Revenue Service (IRS) | Preferred | Priority | $8,000.00 |

## Part 6:    Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Nissan Motors | None | Auto Lease | Surrender property | $118.00 |
| Nissan Motors | None | Auto Lease | Ratify | $141.00 |

## Part 7:    Motions    ☐ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| HSBC by SLS | Real Property - 731 Greens Ave Long Branch, NJ 07740 | Mortgage | $892,000.00 | $550,000.00 | | None. | |
| U.S. National Bank by Ocwen | Real Property- 10845 Lake Wynds Court Boynton Beach, FL 33437 | Mortgage | $691,000.00 | $310,000.00 | | None. | |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) _____

3) _____

4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

## Part 9:   Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: <u>April 1, 2019</u>_____.

| Explain below **why** the plan is being modified: <br> Debtors recently retained counsel, the prior plan needed to be modified, settlement includes settlement of adversary proceeding. | Explain below **how** the plan is being modified: |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐   Yes   ☒   No

---

## Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: AUGUST 5, 2019                                JACQUELINE KUSHNER
                                                    Debtor

Date: AUGUST 5, 2019                                LARRY KUSHNER
                                                    Joint Debtor

Date: AUGUST 5, 2019                                VIVIAN SOBERS, ESQ.
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-33285-CMG
Jacqueline Kushner                                                  Chapter 13
Larry J. Kushner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin         Page 1 of 2         Date Rcvd: Aug 08, 2019
                           Form ID: pdf901      Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
jdb/db        +Jacqueline Kushner,   Larry J. Kushner,   731 Greens Avenue,   Long Branch, NJ 07740-4904
517971899     +ASC-HSBC,   PO Box 14547,   Des Moines, Iowa 50306-3547
517909105      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
517971906      American Storage,   Route 36,   West Long Br, NY
517975543     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517925060      CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
               Greenville, SC 29603-0368
518006613     +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517971903     +David Abtan,   Elberon, NJ 07740
518002530      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
517971901     +Gail Schwartz Sonners,   Montville, NJ 07045
518009701     +HSBC Bank USA, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518250447     +Jersey Shore Anesthesiology Associates,   c/o Pressler, Felt & Warshaw, LLP.,   7 Entin Road,
               Parsippany NJ 07054-5020
518000584     +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
517996632     +New Century Financial Services, Inc.,   c/o Pressler, Felt & Warshaw,LLP.,   7 Entin Road,
               Parsippany  NJ 07054-5020
517917434      Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
517934016      Ocwen Loan Servicing, LLC,   Attn:  Bankruptcy Dept.,   PO Box 24605,
               West Palm Beach, FL  33416-4605
517971902      State of NJ,   Trenton, NJ
517995195     +U.S. BANK NATIONAL ASSOCIATION,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
               6409 CONGRESS AVE., SUITE 100,   BOCA RATON, FL 33487-2853
517933028     +U.S. Bank National Association,,   1661 Worthington Road,,   Suite 100,,   West Palm Beach,,
               FL 33409-6493
517889520     +US Bank Wells Fargo,   POB 10335,   Des Moines, IA 50306-0335
517980484      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517915940     +E-mail/Text: kmorgan@morganlaw.com Aug 09 2019 00:03:18    Ford Motor Credit Company LLC,
               c/o Morgan, Bornstein and Murray,   1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
517889522      E-mail/Text: cio.bncmail@irs.gov Aug 09 2019 00:02:07    IRS,   1040 Waverly Place,
               Holtsville, NY
517925152      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2019 00:06:55    LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517971900     +Fax: 407-737-5634 Aug 09 2019 00:30:19    Ocwen,   1661 Worthington Road,   WPB, FL 33409-6488
518000588      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 00:07:15
               Portfolio Recovery Associates, LLC,   C/Ocapital One Bank (usa), N.a.,   POB 41067,
               Norfolk VA 23541
518010586      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 00:06:44
               Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518010807      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 00:07:46
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
517925102     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2019 00:06:54    PYOD, LLC,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
517906865      E-mail/Text: bnc-quantum@quantum3group.com Aug 09 2019 00:02:35
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517891991     +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:06:31    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517995088     +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:07:05    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517989514     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2019 00:25:30    Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 14


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517971904      Best Buy
517889521      Capital One Bank
517971905      Nissan Motors

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 08, 2019
                             Form ID: pdf901          Total Noticed: 35
cr*       +U.S. BANK NATIONAL ASSOCIATION,     ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
           6409 CONGRESS AVE., SUITE 100,      BOCA RATON, FL 33487-2853
517966994* American Express National Bank,     c/o Becket and Lee LLP,     PO Box 3001,
           Malvern  PA 19355-0701
517899369* IRS,   P.O. Box7346,  Philadelphia, PA  19101-7346
                                                                    TOTALS: 3, * 3, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, successor in
           interest to Bank of America, National Association, successor by merger to LaSalle National
           Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th ajennings@rasflaw.com
          Brian S Pantaleo    on behalf of Creditor    U.S. Bank National Association, successor in interest
           to Bank of America, National Association, successor by merger to LaSalle National Association as
           trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th pantaleob@gtlaw.com
          Denise E. Carlon    on behalf of Defendant    Specialized Loan Servicing (SLS)
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant    HSBC, as Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
           informationathnk@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
           Certificates rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          Stanley  Spector    on behalf of Debtor Larry J. Kushner ediegregory@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 11
```