**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Larry J. Kushner

Case No.: 18-33285-CMG

Hearing Date: 8/7/19

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form: ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
for Approval to Participate in the Court's Loss Mitigation Program

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____April 2_____, 20 _19_ by __Jacqueline Kushner, Larry J. Kushner__ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Jacqueline Kushner
Larry J. Kushner
    Debtors

Case No. 18-33285-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 09, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
jdb/db        +Jacqueline Kushner,    Larry J. Kushner,    731 Greens Avenue,    Long Branch, NJ 07740-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Aleisha Candace Jennings     on behalf of Creditor    U.S. Bank National Association, successor in interest to Bank of America, National Association, successor by merger to LaSalle National Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th ajennings@rasflaw.com
          Brian S Pantaleo     on behalf of Creditor    U.S. Bank National Association, successor in interest to Bank of America, National Association, successor by merger to LaSalle National Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th pantaleob@gtlaw.com
          Denise E. Carlon     on behalf of Defendant    HSBC, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Defendant    Specialized Loan Servicing (SLS) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com, informationathnk@aol.com
          Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through Certificates rsolarz@kmllawgroup.com
          Sindi    Mncina     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          Stanley    Spector     on behalf of Debtor Larry J. Kushner ediegregory@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 11