**Submitted by**
**Larry Kushner**
**Debtor pro-se**
**Larry.Kushner@gmail.com**
**(732) 670-6703**

**Jacqueline Kushner**
**Debtor pro se**
**Mom.kush@gmail.com**
**(732) 670-4277**

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2019 SEP 24  A 10: 56

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

**DISTRICT OF NEW JERSEY**
402 East Trenton Street
Trenton, NJ 08608

**IN RE: LARRY J. KUSHNER and**
       **JACQUELINE KUSHNER**
       **731 GREENS AVE**
**LONG BRANCH, NJ 07740**

**CASE NO. 18-33285-CMG**
**CHAPTER 13**
**Judge Christine M. Gravelle**

**Soc. Sec. No. xxx-xx-5977**
**Soc. Sec No. xxx-xx-5868**

### DEBTOR'S DECLARATION IN OPPOSITION TO STAY RELIEF

Larry J. Kushner, debtor being duly sworn does hereby declare:

1. I am a co debtor in this proceeding.

2. I make this declaration in opposition to the alleged creditor specialized loan serving's instant motion to lift the stay in this matter.

3. At the outset I oppose this motion on procedural grounds. They are:
    a. My attorney in this matter is Vivian sobers, who was admitted pro hoc vice in this matter on July 26, 2019, yet

      the service of this motion on 8/28/18 was NOT made on her. Thus, this motion must be denied.
  b. The movant does not attach to this motion any valuation for this property, as required.
  c. The movant in their proof of claim states that they "lost the note" that this claim is based upon. Yet, they attach an alleged copy. That is clearly deceitful to this Court and should not be allowed.

4. This motion should be denied because this matter is set for confirmation on October 16, 2019, and my plan provides for a lump sum payment to this creditor, of $600,000. Which is more than they allegedly received from an improper sheriff's sale. That additional sum would either benefit them or other creditors if they were limited to what they received at sale.

5. I request this motion be denied until my confirmation.

6. The movant is being less than candid with this Court and is being an obstructionist to my asserting a plan and confirming same. Specifically, they have throughout this proceeding and on this motion stated that I am in arrears on this mortgage. Yet they refuse to reinstate or modify this mortgage, alleging in filed objections and on oral argument that the property was sold. They cannot claim both positions.

7. Supplementing point no. 7 above, please note that in Court, the trustee, the movant and the Court all suggested we contact the alleged purchaser and "work out a deal". However, movants counsel refuses to give us the name of the purported purchaser as does the sheriff.

8. This motion should also be denied because of a pending adversary proceeding against this creditor movant and a possible claim against the sheriff and court for their actions in this matter.

I declare the above to be true mindful of the penalties of perjury.

September 20, 2019

---------/-------------------
LARRY J KUSHNER,

Debtor - pro-se<br>
(732) 670-6703

**I HEREBY CERTIFY** that true copy of this declaration was served by mail on the standing Trustee, Andrew Russo, at CN 4853, Trenton NJ 08650.

September 23, 2019

\------------------------------------
LARRY J KUSHNER,
Debtor - pro-se
(732) 670-6703