**Submitted by**
**Larry Kushner**
**Jacqueline Kushner**
**debtors pro-se**

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2019 OCT 28  P 3: 49

BY: _____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

**IN RE: LARRY J KUSHNER**
    **JACQUELINE KUSHNER**
    **731 GREENS AVE**            **CASE NO. 18-33285-cag**
    **LONG BRANCH, NJ 07740**      **CHAPTER 13**

---

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

---

**SIRS: PLEASE TAKE NOTICE** that the Debtors, Larry Jay Kushner and Jacqueline Kushner, appearing pro-se, in this case, hereby appeals from an Order of this Court, Justice Christine A. Gravelle, dated and filed October 17, 2019 (copy attached) and all provisions thereof.

### Part 1- Identify Appellants

**Name:** Larry J Kushner and Jacqueline Kushner

**Position in Case:** Debtors, respondent to motion

### Part 2- Identify Subject of Appeal

1. The Order appealed from (copy attached) is an Order vacating the automatic stay on the premises 731 Greens Ave, Long Branch under 11 USC sec. 362.

2. The Order was signed and dated October 17, 2019.

### PART 3: IDENTITY OF OTHER PARTIES

Creditor:   HSBC BANK USA, National Association as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 and Specialized Loan Servicing LLC as servicer

represented by Denise Carlton
        KML LAW GROUP
        216 Haddon Ave
        Westmont, NJ 08108

Albert Russo,
Chapter 13 Trustee
Lawrenceville, NJ

### Part 4: Optional Election

Appellant elects to have this appeal heard by the United States District Court.

### Part 5: Sign Below

October 25, 2019

_____
Larry J Kushner
DEBTOR-Pro Se

731 Greens Ave
Long Branch, NJ 07740
732-670-6703
Larry.kushner@gmail.com

-----------------------------------
Jacqueline Kushner
DEBTOR-Pro Se
731 Greens Ave
Long Branch, NJ 07740
732-670-4277
momkush@gmail.com



| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass-Through Certificates | Order Filed on October 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  18-33285 CMG<br><br>Chapter: 13<br><br>Hearing Date: **September 18, 2019 at 09:00 A.M.** |
| In Re:<br>    Kushner, Jacqueline<br>    Kushner, Larry J. | Judge: Christine M. Gravelle |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: October 17, 2019

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass-Through Certificates</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

**Land and premises commonly known as Lot 14, Block 85,      731 Greens Avenue ,
Long Branch NJ 07740**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*