# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:                                        :        Case no.:        _____
                                              :
                                              :        Chapter:        _____
                                              :
                    Debtor(s)                 :        Adv. Pro. No.: _____
_____:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

A copy of the appeal was served on the following parties on _____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❑ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) ❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____        By: _____
                                          Deputy Clerk

*rev. 1/13/17*