# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LARRY J. KUSHNER et al., <br><br> Debtors. <br><br> LARRY J. KUSHNER et al., <br><br> Appellants, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC, <br><br> Appellee. | Bankruptcy Action No. 18-33285 (CMG) <br><br> ON APPEAL FROM THE BANKRUPTCY COURT OF THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 19-19625 (MAS) <br><br> ORDER DISMISSING APPEAL |

**IT APPEARING** to the Court that on October 31, 2019, a Notice of Appeal was filed from the Order of the Bankruptcy Court dated October 17, 2019 entitled Order Vacating Stay.

**IT FURTHER** appearing to the Court the appellants have not filed a Designation of Contents of Record and Statement of Issues pursuant to the provision of Bankruptcy Rule 8009, nor have appellants applied for an extension of time to do so, and that the time for filing same has expired;

**IT IS** on this 15th day of November, 2019,

**ORDERED** that the Notice of Appeal in this matter be and the same is hereby dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**