**Submitted by**
Larry Kushner
Debtor pro-se
Larry.Kushner@gmail.com
(732) 670-6703

**Jacqueline Kushner**
Debtor pro-se
momkush@gmail.com
(732) 670-4277



## UNITED STATES BANKRUPTCY COURT

**DISTRICT OF NEW JERSEY**
402 East State Street
Trenton, NJ 08608

**IN RE: JACQUELINE KUSHNER
AND LARRY J. KUSHNER**

                                                  CASE NO. 18-33285-CMG
                                                  CHAPTER 13
                                                  Judge Christine M. Gravelle

Soc. Sec. No. xxx-xx-5868
                xxx-xx-5977

_____

**DESIGNATION OF RECORD ON APPEAL AND
STATEMENT OF ISSUES- 19-19625
RULE 8009**
-----------------------------------------------------------

                        **DESIGNATION**

    The Debtors/appellants, Jacqueline Kushner and Larry J. Kushner, in this Case, pro se, hereby filed this designation and request the following documents be part of the record:

**FROM Bankruptcy Case 18-33285**

1. Dkt 43- objection to confirmation of plan
2. Claim #24-1- proof of claim filed by SLS
3. DKT 59- objection to plan
4. Dkt 60- complaint adv proc #19-02030
5. Dkt 76- motion to lift stay
6. Dkt 77- objection to plan
7. Dkt 79- objections to stay relief
8. Dkt 81- modified plan
9. Dkt 84- adv proc complaint 19-02182
10. Dkt 85- order granting stay relief
11. Dkt 91- notice of appeal stay

**FROM Adversary Proc. No. 19-02030**

1. Dkt 1- Complaint
2. Dkt 4- Motion to dismiss
3. Dkt 5- response to motion
4. Dkt 6- order dismissing adv proc
5. Dkt 8- transcript of hearing 9/24
6. Dkt 9- transcript of hearing 10/16

**STATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court err when it granted stay relief while there were 2 pending adversary proceedings?

2. Did the bankruptcy Court err in granting this motion without conducting a hearing?

3. Did the bankruptcy court err in granting this motion when this property was an integral part of the estate?

4. Did the bankruptcy Court err by hearing this matter without the appearance of the appellant debtor which was specifically set to be done on the record at the hearing on 9/24/19.

**Respectfully submitted,**

November 15, 2019

------------------------------
LARRY J KUSHNER,
Debtor/Appellant - pro-se
(732) 670-6703

------------------------------
JACQUELINE KUSHNER,
Debtor/Appellant - pro-se
(732) 670-4277