Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−33285−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Kushner
731 Greens Avenue
Long Branch, NJ 07740

Larry J. Kushner
731 Greens Avenue
Long Branch, NJ 07740

Social Security No.:
xxx−xx−5868

xxx−xx−5977

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 21, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jacqueline Kushner
Larry J. Kushner
    Debtors

Case No. 18-33285-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Nov 21, 2019
    Form ID: 148    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2019.

```
jdb/db        +Jacqueline Kushner,   Larry J. Kushner,   731 Greens Avenue,   Long Branch, NJ 07740-4904
517971899     +ASC-HSBC,   PO Box 14547,   Des Moines, Iowa 50306-3547
517971906      American Storage,   Route 36,   West Long Br, NY
517975543     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517971903     +David Abtan,   Elberon, NJ 07740
517971901     +Gail Schwartz Sonners,   Montville, NJ 07045
518009701     +HSBC Bank USA, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518250447     +Jersey Shore Anesthesiology Associates,   c/o Pressler, Felt & Warshaw, LLP.,   7 Entin Road,
                Parsippany NJ 07054-5020
518000584     +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
517996632     +New Century Financial Services, Inc.,   c/o Pressler, Felt & Warshaw,LLP.,   7 Entin Road,
                Parsippany NJ 07054-5020
517917434      Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
517934016      Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Dept.,   PO Box 24605,
                West Palm Beach, FL 33416-4605
517971902      State of NJ,   Trenton, NJ
517995195     +U.S. BANK NATIONAL ASSOCIATION,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                6409 CONGRESS AVE., SUITE 100,   BOCA RATON, FL 33487-2853
517933028     +U.S. Bank National Association,,   1661 Worthington Road,,   Suite 100,,   West Palm Beach,,
                FL 33409-6493
517889520     +US Bank Wells Fargo,   POB 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517909105      EDI: BECKLEE.COM Nov 22 2019 04:58:00    American Express National Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517925060      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 22 2019 00:42:11
                CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                Greenville, SC 29603-0368
518006613     +EDI: CITICORP.COM Nov 22 2019 04:58:00    Citibank, N.A.,   Citibank, N.A.,
                701 East 60th Street North,   Sioux Falls, SD 57104-0493
518002530      EDI: Q3G.COM Nov 22 2019 04:58:00    Department Stores National Bank,   c/o Quantum3 Group LLC,
                PO Box 657,   Kirkland, WA 98083-0657
517915940     +E-mail/Text: kmorgan@morganlaw.com Nov 22 2019 00:30:11    Ford Motor Credit Company LLC,
                c/o Morgan, Bornstein and Morgan,   1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
517889522      EDI: IRS.COM Nov 22 2019 04:58:00    IRS,   1040 Waverly Place,   Holtsville, NY
517925152      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:34    LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517971900     +Fax: 407-737-5634 Nov 22 2019 00:53:09    Ocwen,   1661 Worthington Road,   WPB, FL 33409-6488
518000588      EDI: PRA.COM Nov 22 2019 04:58:00    Portfolio Recovery Associates, LLC,
                C/Ocapital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518010586      EDI: PRA.COM Nov 22 2019 04:58:00    Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,
                POB 41067,   Norfolk VA 23541
518010807      EDI: PRA.COM Nov 22 2019 04:58:00    Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517925102     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:42:29    PYOD, LLC,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
517906865      EDI: Q3G.COM Nov 22 2019 04:58:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
517891991     +EDI: RMSC.COM Nov 22 2019 04:58:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517995088     +EDI: RMSC.COM Nov 22 2019 04:58:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk VA 23541-1021
517989514     +EDI: AIS.COM Nov 22 2019 04:58:00    Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517980484      EDI: WFFC.COM Nov 22 2019 04:58:00    Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
                                                                                               TOTAL: 19
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517971904      Best Buy
517889521      Capital One Bank
517971905      Nissan Motors
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 35

cr*            +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                6409 CONGRESS AVE., SUITE 100,     BOCA RATON, FL 33487-2853
517966994*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517899369*      IRS,    P.O. Box7346,   Philadelphia, PA  19101-7346
                                                                              TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, successor in
               interest to Bank of America, National Association, successor by merger to LaSalle National
               Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th ajennings@rasflaw.com
              Brian S Pantaleo    on behalf of Creditor    U.S. Bank National Association, successor in interest
               to Bank of America, National Association, successor by merger to LaSalle National Association as
               trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th pantaleob@gtlaw.com
              Denise E. Carlon    on behalf of Defendant    Specialized Loan Servicing (SLS)
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
               Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    HSBC, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
               informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association, successor in interest
               to Bank of America, National Association, successor by merger to LaSalle National Association as
               trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Th bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 Asset Backed Pass- Through
               Certificates rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
              Stanley  Spector    on behalf of Debtor Larry J. Kushner ediegregory@yahoo.com
              Stanley  Spector    on behalf of Plaintiff Jacqueline  Kushner ediegregory@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 13
```