| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-33285 / CMG**

Jacqueline Kushner
Larry J. Kushner

Petition Filed Date: 11/27/2018
341 Hearing Date: 01/10/2019
Confirmation Date:

Case Status: **Dismissed Before Confirmation on 11/21/2019**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2019 | $100.00 | 56228590 | 02/20/2019 | $100.00 | 56359810 | 04/01/2019 | $101.00 | 57431520 |
| 04/02/2019 | $101.00 | 57539740 | 04/12/2019 | $101.00 | 57776460 | 05/15/2019 | $101.00 | 58623360 |
| 06/24/2019 | $101.00 | 59588190 | 08/02/2019 | $101.00 | 60648990 | 09/25/2019 | $101.00 | 61991860 |
| 10/15/2019 | $118.00 | 62542040 | | | | | | |

**Total Receipts for the Period:  $1,025.00   Amount Refunded to Debtor Since Filing:  $965.14   Total Receipts Since Filing: $1,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jacqueline Kushner | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2015-2018 EST | Priority Crediors<br>Hold Funds: Estimated | $11,002.74 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2007;2012-2014 EST | Unsecured Creditors<br>Hold Funds: Estimated | $21,648.97 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  WALMART | Unsecured Creditors | $937.90 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $33,026.04 | $0.00 | $0.00 |
| 5 | FORD MOTOR CREDIT COMPANY, LLC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | FORD MOTOR CREDIT COMPANY, LLC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2017 NISSAN SENTRA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2017 NISSAN SENTRA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $1,322.20 | $0.00 | $0.00 |
| 10 | PYOD LLC | Unsecured Creditors | $265.49 | $0.00 | $0.00 |
| 11 | PYOD LLC | Unsecured Creditors | $421.48 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC | Unsecured Creditors | $2,225.82 | $0.00 | $0.00 |
| 13 | US BANK NATIONAL ASSOCIATION<br>»»  NP/10845 LAKE WYNDS COURT/1ST MTG | Mortgage Arrears | $300,879.65 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $486.10 | $0.00 | $0.00 |
| 15 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Secured Creditors | $1,033.16 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-33285 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Unsecured Creditors | $362.27 | $0.00 | $0.00 |
| 17 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,119.15 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK<br>»»  GAP | Unsecured Creditors | $2,055.33 | $0.00 | $0.00 |
| 19 | NEW CENTURY FINANCIAL SERVICES | Unsecured Creditors | $1,114.25 | $0.00 | $0.00 |
| 20 | NCB Management Services | Unsecured Creditors | $5,205.83 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,620.53 | $0.00 | $0.00 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $486.41 | $0.00 | $0.00 |
| 23 | DEPARTMENT STORE NATIONAL BANK<br>»»  BLOOMINGDALES | Unsecured Creditors | $3,021.59 | $0.00 | $0.00 |
| 24 | DEPARTMENT STORE NATIONAL BANK<br>»»  BLOOMINGDALES | Unsecured Creditors | $1,090.00 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. | Unsecured Creditors | $424.76 | $0.00 | $0.00 |
| 26 | HSBC BANK USA, N.A.<br>»»  P/731 GREENS AVENUE./1ST MTG/SV 10/17/19 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $874,815.52 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $798.35 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $4,222.45 | $0.00 | $0.00 |
| 29 | CITIBANK, N.A.<br>»»  STAPLES | Unsecured Creditors | $270.31 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,231.86 | $0.00 | $0.00 |
| 0 | Jacqueline Kushner | Debtor Refund | $965.14 | $965.14 | $0.00 |

**SUMMARY**

**Your case was Dismissed Before Confirmation on 11/21/2019.**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | |
|---|---|
| Total Receipts: | $1,025.00 |
| Paid to Claims: | $965.14 |
| Paid to Trustee: | $59.86 |
| Funds on Hand: | $0.00 |