Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−33285−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jacqueline Kushner | Larry J. Kushner |
| 731 Greens Avenue | 731 Greens Avenue |
| Long Branch, NJ 07740 | Long Branch, NJ 07740 |

Social Security No.:
  xxx−xx−5868                                     xxx−xx−5977

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 27, 2020</u>               <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court